# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALYSSA MASCORRO

VERSUS

PETER SCHULZ, GEICO
INSURANCE COMPANY, CULLEN
WALSH, AND USAA INSURANCE
COMPANY

NO.   2019 CW 1288

**NOV 2 5 2019**

---

In Re:   Cullen Walsh and USAA Casualty Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-12140.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**WRC**

   **Theriot, J.,** would decline to consider the writ due to rules violations.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT